UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN G. ABSHIRE,<br>        Plaintiff,<br><br>   v.<br><br>J. PRICE,<br>        Defendant. | Case No. 14-cv-05309-JSC<br><br>**ORDER OF TRANSFER**<br><br>Re: Dkt. No. 4 |

Petitioner has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging a conviction from Mariposa County Superior Court. He is confined at the Deuel Vocational Institute, which is also in Mariposa County. A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). Each of such districts shall have concurrent jurisdiction to entertain the petition; however, the district court for the district where the petition is filed may transfer the petition to the other district in the furtherance of justice. *Id.* Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *Dannenberg v. Ingle*, 831 F. Supp. 767, 768 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

Mariposa County lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84. Accordingly, this action is TRANSFERRED to the United States District Court for the

1  Central District of California.  Ruling on the pending motion for leave to proceed in forma
2  pauperis (docket number 4) is deferred to the Eastern District in light of this transfer.
3  The Clerk of the Court shall transfer this matter forthwith.
4  **IT IS SO ORDERED**.
5  Dated: February 6, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2